UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ARMANDO HERRERA, | No.  2:17-cv-0453 MCE AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MENDOZA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed his complaint in this civil rights action on March 1, 2017.  On March 14, 2017, plaintiff filed notice that he wishes to voluntarily dismiss this action.  See ECF No. 7.  Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

2. Plaintiff's motion for extended time, ECF No. 5, is denied as moot.

3. The Clerk of Court is directed to close this case.

DATED: March 16, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE